United States District Court

For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                           OAKLAND DIVISION

6

7    RICKY GRAY,

8                  Plaintiff,                 No. C 13-5590 PJH (PR)

9      vs.                                    **ORDER FOR PLAINTIFF TO
                                              SHOW CAUSE**
10   JAMES TILTON,

11                 Defendant.
     _____/

12
          Plaintiff, a state prisoner at Corcoran State Prison has filed a pro se civil rights
13
     complaint under 42 U.S.C. § 1983.  Plaintiff states he has been declared a vexatious
14
     litigant by a state court and is three strikes barred in federal court.  Plaintiff seeks
15
     permission to file a case in this court.  After reviewing plaintiff's filing, it appears that he is
16
     seeking to file in this district a case from the Eastern District of California, *Gray v. Tilton*,
17
     No. 11-cv-2103 KJM EFB, where plaintiff's in forma pauperis status was revoked on
18
     January 7, 2014.  Plaintiff's motion in this case seeking permission to proceed was also
19
     filed in the Eastern District case.  Docket No. 49 in No. 11-cv-2103 KJM EFB.  As the
20
     allegations concern events that occurred in the Eastern District of California, it would seem
21
     venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).
22
     Plaintiff shall show cause by **March 14, 2014**, why this case should not be dismissed so
23
     plaintiff may pursue his claim in the Eastern District.
24
          **IT IS SO ORDERED.**
25
     Dated: February 25, 2014.                 _____
26
                                                    PHYLLIS J. HAMILTON
27                                                United States District Judge

     G:\PRO-SE\PJH\CR.13\Gray5590.osc.wpd
28